Statement of Facts

On June 30, 2025, at approximately 9:03 AM, Metropolitan Police Department (MPD) Sixth District Officer Selena Walker ("Officer Walker") responded to a call that an individual had a gun in their bag at the Minnesota – Benning Government Center located at 4058 Minnesota Avenue NE, Washington, DC 20019. The Minnesota – Benning Government Center is a gun free zone pursuant to D.C. Code § 22-4502.01.

Officer Walker approached a security official (C1) in the building, who pointed to Dwayne TAYLOR as the man who had the gun in his bag.

Officer Walker asked TAYLOR, "What's going on?" TAYLOR replied, "My weapon in my backpack." Officer Walker asked TAYLOR if he had a permit, TAYLOR stated, "No it's at home, I don't got none of my stuff with me . . . I forgot when I was rushing out the door this morning. I forgot. I just put it in my bag and ran out the door." Officer Walker asked for TAYLOR's ID. While examining TAYLOR's ID, Officer Walker asked TAYLOR if he was licensed to carry. TAYLOR responded, "No, I'm not licensed to carry." Officer Walker then placed TAYLOR in handcuffs and called for more officers to come on scene.

Officer Walker asked C1 where the weapon was, and C1 stated that it was in a bag in the x-ray machine. *See* Figure 1. Officer Walker and Officer Darneika Resper ("Officer Resper") then searched the bag for the weapon. Officer Resper recovered a revolver from the front pocket of the backpack. *See* Figure 2.



*Figure 1: X-ray photo of TAYLOR's bag with the revolver (circled in yellow).*



*Figure 2: Snapshot from Officer Resper's body worn camera of her pulling the revolver out of the front pocket of the backpack (circled in yellow).*

The firearm was later determined to be a Hopkins & Allen 36 .38 Special Revolver. The revolver was loaded with five rounds .38 caliber ammunition in the five round capacity cylinder. No serial number was found on the gun due to rust.

TAYLOR's identity was confirmed, and it was confirmed that TAYLOR did not have a license to carry a firearm in the District of Columbia. A criminal history check showed that TAYLOR was previously convicted in 1995 in D.C. Superior Court case number 1994 FEL 007863 of: Second Degree Murder While Armed, Armed Robbery, and Possession of a Firearm during a Crime of Violence. TAYLOR was sentenced to 15 years to life imprisonment for the Second-Degree Murder while Armed conviction. TAYLOR was released in 2021 after serving approximately 27 years of his sentence.

Accordingly, TAYLOR would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he was possessing the firearm and ammunition.

Your affiant is aware there are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

As such, your affiant submits that probable cause exists to charge Dwayne TAYLOR with violation of 18 U.S.C. § 922(g)(1) (**Unlawful Possession of a Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**).

_____
Officer Selena Walker, #5514
Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on July 3, 2025.

_____

G. Michael Harvey

United States Magistrate Judge